# THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| PRISCILLA BELTRAN, JESSICA REQUEJO, and ELINA BARRERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MIKE TOPANGA, INC, dba THE HOLIDAY GENTLEMEN'S CLUB, a California corporation; JIHAD HANNA MAALOUF, an individual; DOE MANAGERS 1-3; and DOES 4-10, inclusive,<br><br>Defendants. | Case No. 8:25-cv-989-JWH-DFM<br><br>*Assigned for all purposes to the Honorable John W. Holcomb*<br><br>**ORDER REGARDING STIPULATED PROTECTIVE ORDER**<br><br>Date Action Filed: May 20, 2025<br>Department:   Courtroom 9D<br>Trial Date:   TBD |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

[PROPOSED] ORDER REGARDING STIPULATED PROTECTIVE ORDER
1

1  This Court, having considered the stipulation and petition by the Parties for a
2  Stipulated Protective Order submitted by the Parties regarding Confidential
3  Information or Items disclosed in discovery, the Court **GRANTS** the Stipulated
4  Protective Order.
5  **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

7  DATED: September 18, 2025         _____
8                                    HON. DOUGLAS F. MCCORMICK
                                     United States Magistrate Judge